**Order entered November 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01214-CV

**HCD HOUSTON CORPORATION, ET AL., Appellants**

**V.**

**PAM ESLINGER, AS THE PERSONAL REPRESENTATIVE OF THE
ESTATE OF ELLA JILL RENICK, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-07211**

## ORDER

Before the Court is appellees' November 9, 2018 motion for an extension of time to file a

brief. We **GRANT** the motion and extend the time to **December 3, 2018**.


/s/     ADA BROWN
          JUSTICE